**SAMSUNG INTERNATIONAL, INC., Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 2013–1183.

United States Court of Appeals, Federal Circuit.

Dec. 6, 2013.

Felicia LeBorgne Nowels, Akerman Senterfitt, of Tallahassee, FL, argued for plaintiff-appellant. With her on the brief were Katherine E. Giddings, Nancy M. Wallace, and Michael J. Larson.

Marcella Powell, Trial Attorney, Civil Division, Commercial Litigation Branch, United States Department of Justice, of New York, NY, argued for the defendant-appellee. With her on the brief were Stuart F. Delery, Acting Assistant Attorney General, and Jeanne E. Davidson, Director, of Washington, DC, and Barbara S. Williams, Attorney in Charge, International Trade Field Office of New York, NY. Of counsel on the brief was Paula S. Smith, Trial Attorney, Office of Assistant Chief Counsel, International Trade Litigation, United States Customs and Border Protection, of New York, NY.

Before NEWMAN, MOORE, and CHEN, Circuit Judges.

MOORE, Circuit Judge.

Samsung International, Inc. (Samsung) appeals from the judgment of the United States Court of International Trade (CIT) that Samsung's V3 and V4 Plasma Display Modules are "flat panel screen assemblies" classified under subheading 8529.90.53 of the Harmonized Tariff Schedules of the United States. We adopt the reasoning of the CIT in all respects and therefore *affirm*.

**AFFIRMED.**